| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>MICHAEL J. STORTZ (SBN 139396)<br>mstortz@akingump.com<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>Attorneys for Defendants, COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | Jon B. Fougner (State Bar No. 314097)<br>jon@fougnerlaw.com<br>600 California Street, 11th Floor<br>San Francisco, California 94108<br>Telephone: (415) 577-5829<br>Facsimile: (206) 338-0783<br><br>Attorneys for Plaintiff, DAVID ESCOBAR and the Proposed Class |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID ESCOBAR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-04612-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CAPTION AND TO SUBSTITUTE PARTIES**<br><br>Date Action Filed: August 9, 2019 |

Plaintiff David Escobar ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant") hereby stipulate as follows:

**WHEREAS**, Plaintiff filed his Complaint in this action on August 9, 2019;

**WHEREAS**, Plaintiff's Complaint names Comcast Corporation and Comcast Cable Communications Management, LLC as defendants;

**WHEREAS**, pursuant to a meet and confer between counsel for Plaintiff and counsel for Defendant, the parties have agreed to substitute Comcast Cable Communications, LLC in place of Comcast Corporation, and to dismiss without prejudice Comcast Corporation from this action;

**WHEREAS**, pursuant to a meet and confer between counsel, Plaintiff and Defendant agree that the caption of this action shall be amended to substitute Comcast Cable Communications, LLC in place of Comcast Corporation;

**IT IS HEREBY STIPULATED**, by and between the parties, by and through their respective counsel, as follows:

1. Each reference to "Comcast Corporation" in the Complaint, Dkt. No. 1, shall be deemed instead a reference to "Comcast Cable Communications, LLC."

2. The caption in this action shall be amended to read as follows:

   DAVID ESCOBAR, individually and on behalf of all others similarly situated,

   Plaintiff,

   v.

   COMCAST CABLE COMMUNICATIONS, LLC and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

   Defendants.

3. Plaintiff's individual claims and the claims of the putative class (as defined in paragraph 44 of the Complaint) against Comcast Cable Communications, LLC shall be deemed to relate back to August 9, 2019, i.e., the date of filing of the Complaint.

4. Comcast Corporation shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5. The deadline for Comcast Cable Communications, LLC and Comcast Cable Communications Management, LLC to file an answer or otherwise respond to Plaintiff's Complaint shall be October 31, 2019.

6. This stipulation shall not constitute an amendment of the Complaint within the meaning of Federal Rule of Civil Procedure 15.

**IT IS SO STIPULATED.**

Dated: October 4, 2019                            AKIN GUMP STRAUSS HAUER & FELD LLP

                                                  By  */s/ Michael J. Stortz*
                                                         Michael J. Stortz

                                                  Attorneys for Defendants, COMCAST CABLE
                                                  COMMUNICATIONS, LLC and COMCAST
                                                  CABLE COMMUNICATIONS MANAGEMENT,
                                                  LLC

Dated: October 4, 2019

                                                  By  */s/ Jon B. Fougner*
                                                         Jon B. Fougner

                                                  Attorneys for Plaintiff DAVID ESCOBAR and the
                                                  proposed class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/4/2019                                 _____
                                                  Hon. Haywood S. Gilliam, Jr.
                                                  United States District Court Judge