# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID ESCOBAR, et al.

Plaintiff(s),

v.

COMCAST CABLE
COMMUNICATIONS, LLC, et al.

Defendant(s).

Case No: 4:19-cv-04612-HSG

**APPLICATION FOR
ADMISSION OF
ATTORNEY PRO HAC
VICE** ; ORDER
(CIVIL LOCAL RULE 11-3)

Comcast Cable Communications, LLC

I, __Seamus C. Duffy__, an active member in good standing of the bar of __Pennsylvania__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Comcast Cable Communications, LLC and Comcast Cable Management in the above-entitled action. My local co-counsel in this case is __Michael J. Stortz__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2001 Market Street, Suite 4100<br>Philadelphia, PA 19103 | 580 California Street, Suite 1500<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(215) 965-1200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 765-9500 |
| MY EMAIL ADDRESS OF RECORD:<br>sduffy@akingump.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mstortz@akingump.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 52501 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/15/19

Seamus C. Duffy
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Seamus C. Duffy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/22/2019

_Haywood S Gill Jr._
UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Seamus Cotter Duffy, Esq.*

**DATE OF ADMISSION**

*August 9, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: April 24, 2019**

Patricia A. Johnson
Chief Clerk